Submitted on record and briefs April 17, affirmed May 7, 1986

## STATE OF OREGON,
*Respondent,*

*v.*

## FRANK M. PHILLIPS, JR.,
*Appellant.*

(259189; CA A37718)

718 P2d 775

Richard L. Cowan, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Keith L. Kutler, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Defendant's brief fails to comply with ORAP 7.19. As a result, we are not only unable to tell whether the claimed errors were preserved, but the manner in which they claimed errors are presented appear to be highly misleading. The brief is stricken.

Affirmed.